**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:15-cr-0099 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **ANGEL PAGAN,** | : | |
| **Defendant** | : | |

# ORDER

**AND NOW**, on this 16th day of November 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion to suppress physical evidence and statements (Doc. No. 22), is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's motion is **GRANTED** insofar as the video equipment seized during the December 20, 2014 search of Defendant's residence, together with any evidence obtained directly from that seizure, is hereby suppressed; and

2. In all other respects, Defendant's motion is **DENIED**.

**IT IS HEREBY FURTHER ORDERED THAT** the parties shall show cause within fifteen (15) days why the Government's motion to re-open the suppression hearing (Doc. No. 55), should not be denied as moot.

   S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania